AO 455 (Rev. 5/85) Waiver of Indictment

# United States District Court

**FILED**
AUG 2 7 2008
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

for the _____ DISTRICT OF _Columbia_

UNITED STATES OF AMERICA
V.

**WAIVER OF INDICTMENT**

CASE NUMBER: 08-Cr.-166

I, Jose E. Iraheta, the above named defendant, who is accused of

being advised of the nature of the charge(s), the proposed information, and of my rights, hereby waive in open court on August 27, 2008 prosecution by indictment and consent that the proceeding may be by information rather than by indictment.

_____
Defendant

_____
Counsel for Defendant

Before _____
Judicial Officer