UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Criminal No.    (RJL) |
| | : | 08-166 |
| v. | : | |
| | : | **FILED** |
| JOSE E. IRAHETA, | : | AUG 2 7 2008 |
| Defendant. | : | NANCY MAYER WHITTINGTON, CLERK<br>U.S. DISTRICT COURT |

### STATEMENT OF OFFENSE

Pursuant to Federal Rule of Criminal Procedure 11, defendant **JOSE E. IRAHETA** ("**IRAHETA**") and the United States agree and stipulate as follows:

1.   Foreign nationals are eligible to obtain District of Columbia driver's licenses if they have proof that they are legally present in the U.S. and can continue to stay in the U.S. for at least another six months. A foreign national must also present proof of his name, date of birth, social security number, and District of Columbia residency. The District of Columbia Department of Motor Vehicles ("DMV") has specifically limited the types of documentation it will accept. For example, original birth certificates, unexpired passports, or resident alien cards can prove an individual's identity (i.e., name and date of birth). In addition to tendering the required documentation, a foreign national must complete and sign a driver's license application, certifying that the information contained therein is correct and accurate. The DMV employee processing the application is required to identify on the application the type of documentation that was presented by the applicant.

2.   Applicants for driver's licenses must pass the following three tests: vision screening, knowledge and street sign recognition, and "skills road." Applicants who possess a

valid driver's license from another state, however, are only required to pass the vision screening test. Applicants who possess a valid driver's license from a foreign jurisdiction need not take the road test, but must successfully pass the vision screening and knowledge and street sign recognition tests.

3. Defendant **IRAHETA** had been unable to obtain a valid driver's license from Maryland, the State where he resides, because he had twice failed the road skills test administered by the Maryland Motor Vehicle Administration ("MVA"). Sometime in late 2006, a man named Salvador, whom defendant **IRAHETA** happened to meet at the Rhode Island Avenue metro station, told him that for $1,600 he could obtain a D.C. driver's license from the DMV if he had a work permit or a social security card. In response to defendant **IRAHETA**'s comment that $1,600 was a lot of money, Salvador said he would lower the price to $1,500. Defendant **IRAHETA** agreed to pay Salvador $1,500 in order to obtain a fraudulent D.C. driver's license and gave Salvador his telephone number.

4. On or about January 11, 2007, defendant **IRAHETA** met Salvador at the Rhode Island Avenue metro station, in the District of Columbia, with the intention of purchasing a fraudulent D.C. driver's license, an item of value that authorizes an individual to drive and serves as a photographic identification card. Salvador drove defendant **IRAHETA** to the Brentwood DMV branch, purchased a money order for him at a nearby store, and instructed him to take the money order, go inside the DMV, sit down, and wait for a female DMV employee to give him a signal.

5. Defendant **IRAHETA** went inside the DMV and sat for about ten minutes; then a female DMV employee who spoke Spanish asked him to come to her work station. Defendant

**IRAHETA** gave the DMV employee his social security card and the money order provided by Salvador. In response to her question, defendant **IRAHETA** told the DMV employee that he did not have an address in the District of Columbia, and she told him she would make one up for him. Defendant **IRAHETA** did not complete any applications or take any tests, including the vision, knowledge, or road skills examinations. The DMV employee directed defendant **IRAHETA** to another customer service station to have his photograph taken. Shortly thereafter, defendant **IRAHETA** was given a facially valid D.C. driver's license that falsely bore a D.C. address of 1356 Kennedy Street, N.W.

6. Once he obtained the facially valid D.C. driver's license, defendant **IRAHETA** exited the DMV and returned to Salvador's car. After Salvador drove him back to the Rhode Island Avenue metro station, defendant **IRAHETA** handed Salvador fifteen $100 bills.

7. On or about February 23, 2007, defendant **IRAHETA** fraudulently obtained a Maryland driver's license from the MVA by presenting his fraudulently obtained District of Columbia driver's license in order to avoid taking any knowledge or road skills tests administered by the MVA.

_____
JOSE E. IRAHETA, Defendant