U.S. Department of Justice
U.S. Attorneys

# United States District Court
# for the District of Columbia

UNITED STATES OF AMERICA   :

v.   :

JOSE E. IRAHETA   :   Case No. 08-166 (RJL)

:

**ORDER**

**FILED**

AUG 2 7 2008

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

1. Upon a representation by the United States that the defendant has never been the subject of "routine processing" (booking, fingerprinting, photographing) in this case;

2. It is this _____27_____ day of _____August 2008_____ ORDERED:

3. That if the defendant is released on bond that he or she be accompanied on __A date convenient to both parties__ by __FBI S/A Sean Ryan and Al Tenuta__ to the Central Cell Block of the Metropolitan Police Department, to the United States Marshal's Office and to _____ for "routine processing," and that this be a condition of being released on bond;

4. That if the defendant is not released on bond, the United States Marshal shall release the defendant to the custody of __FBI S/A Sean Ryan and Al Tenuta__ for the purpose of "routine processing," and at the conclusion thereof to return the defendant to the custody of the Marshal.

_____
Judge (U.S. Magistrate)

Court
~~DEFENSE COUNSEL~~

DOJ USA-16-1-80